April 24, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

PRESTON RESERVE, L.L.C., ARTHUR A. LANCASTER, JR., LACY C. HOWE & ROBERT S. PEEK, JR., Appellants

NO. 14-11-00045-CV                          V.

COMPASS BANK, Appellee
_____

      This cause, an appeal from the judgment in favor of appellee, COMPASS BANK, signed December 9, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the deficiency judgment of the court below **REVERSED** and **RENDER** a take nothing judgment against COMPASS BANK.

      We order appellee, COMPASS BANK, to pay all costs incurred in this appeal. We further order this decision certified below for observance.